MARY SHAPIRO, Respondent, *v.* BARNEY'S OMNIBUS SERVICE CORPORATION, Appellant.

SAM SHAPIRO, Respondent, *v.* BARNEY'S OMNIBUS SERVICE CORPORATION, Appellant.

(Submitted September 30, 1929; decided October 8, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 578.)

HEWSON, WOLFE & Co., INC., Respondent, *v.* SEWARD W. EHRICH et al., Appellants.

(Submitted September 30, 1929; decided October 8, 1929.)

*Edward T. Corcoran* for motion.
*Harry T. Zucker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

ROBERT COLIN et al., copartners under the Name of COLIN BROS., Respondents, *v.* HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

(Submitted September 30, 1929; decided October 8, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 312.)